IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD A. YOUNG, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| JOHN F. ANTIOCO, PHILIPPE P. DAUMAN, | § | |
| RICHARD J. BRESSLER, MEL KARMAZIN, | § | |
| SUMNER M. REDSTONE, DEAN W. | § | |
| WILSON, NIGEL TRAVIS, JIM | § | 3:03-CV-0333-M |
| NOTARNICOLA, EDWARD B. STEAD, | § | |
| MIKE ROEMER, NICK SHEPHERD, CHRIS | § | |
| WYATT, and LARRY ZINE, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| BLOCKBUSTER, INC., | § | |
| | § | |
| Nominal Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion for Entry of Dismissal Order, filed on June 23, 2004. The Court grants the parties' Motion. This case is DISMISSED without prejudice, with each party to bear his or its own costs.

**SO ORDERED.**

June 29, 2004.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS